IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DANIEL VALLEJO RECIO, TDCJ-CID No. 00598857, Plaintiff, v. NFN MORALES, *et al.*, Defendants. | 2:25-CV-077-Z-BR |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to dismiss this case as three-strikes barred. No objections to the Findings, Conclusions, and Recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct. ECF No. 6. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED** and this case is hereby **DISMISSED** without prejudice.

SO ORDERED.

May 2, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE